# EXHIBIT A

| DISP No. | Claim Number | Code | Determination Date | Award (excl. fees) | Prevailing Party | Non-Prevailing Party | Certified IDR Entity |
|---|---|---|---|---|---|---|---|
| DISP-394281 | 22100630897 | 95938 | 10/31/2024 | $1,157.52 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-394281 | 38018711101 | 95938 | 10/31/2024 | $1,157.52 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1079596 | 22322137024 | 95938 | 09/26/2024 | $1,157.52 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-1979387 | 22737751811 | 95938 | 11/30/2024 | $1,157.52 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1980236 | 22339767063 | 95938 | 12/13/2024 | $1,157.52 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2388793 | 22845257078 | 95938 | 02/27/2025 | $1,157.52 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2388783 | 22055299887 | 95938 | 02/27/2025 | $1,157.52 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-329324 | 21797694078 | 95939 | 10/10/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-534895 | 21594787570 | 95939 | 12/18/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-534627 | 21298356436 | 95939 | 12/21/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-559706 | 21790301803 | 95939 | 08/09/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-682232 | 22809362557 | 95939 | 12/20/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681892 | 22807214742 | 95939 | 12/22/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681485 | 22212133091 | 95939 | 12/22/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681679 | 21891560567 | 95939 | 12/22/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682147 | 22303325920 | 95939 | 12/22/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681801 | 38160712601 | 95939 | 12/22/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681688 | 22027381946 | 95939 | 12/28/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682416 | 22502053989 | 95939 | 12/28/2023 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681548 | 22611709924 | 95939 | 01/02/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681880 | 22807905614 | 95939 | 02/02/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681678 | 22701293626 | 95939 | 02/02/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681674 | 22502408081 | 95939 | 03/05/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-811589 | 22609038699 | 95939 | 03/25/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-812021 | 22029910302 | 95939 | 05/02/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-811936 | 22505286167 | 95939 | 03/28/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-869346 | 22816003900 | 95939 | 02/15/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-868857 | 22201519512 | 95939 | 03/25/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-868842 | 21390045139 | 95939 | 09/16/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Maximus Federal Services, Inc. |
| DISP-869323 | 22410794118 | 95939 | 09/25/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-870283 | 22412749899 | 95939 | 11/26/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-870283 | 22113600198 | 95939 | 11/26/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-870283 | 22032998136 | 95939 | 11/26/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-910398 | 22603333456 | 95939 | 03/29/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-1079835 | 22518408103 | 95939 | 06/28/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1148880 | 22820647743 | 95939 | 08/10/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1206410 | 22522079755 | 95939 | 07/29/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1290110 | 22823168368 | 95939 | 08/12/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1373816 | 22325745495 | 95939 | 06/14/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1569025 | 22553557861 | 95939 | 09/17/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1682919 | 22624701445 | 95939 | 10/24/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1785978 | 22631005578 | 95939 | 11/20/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1859839 | 22437034729 | 95939 | 11/30/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1859406 | 22227785355 | 95939 | 12/05/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1977361 | 22433366983 | 95939 | 12/20/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1979802 | 22209642074 | 95939 | 01/13/2025 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2061357 | 22441023290 | 95939 | 12/27/2024 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2129102 | 22740950093 | 95939 | 01/17/2025 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131573 | 22540758392 | 95939 | 01/17/2025 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2130572 | 22622260922 | 95939 | 01/20/2025 | $1,569.71 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-509687 | 22506809855 | 95941 | 12/26/2023 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-534803 | 22305366161 | 95941 | 10/20/2023 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-534722 | 22307382486 | 95941 | 11/14/2023 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-535078 | 22507995821 | 95941 | 11/28/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-534777 | 22106962650 | 95941 | 12/08/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-534841 | 22023917826 | 95941 | 12/21/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization (IPRO) |
| DISP-534598 | 21781224073 | 95941 | 06/21/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Provider Resources, Inc. |
| DISP-534785 | 21298356436 | 95941 | 10/10/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-559567 | 22608943853 | 95941 | 12/12/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-559554 | 21790301803 | 95941 | 02/02/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-559818 | 22207890712 | 95941 | 05/23/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-681940 | 22206482093 | 95941 | 12/15/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681635 | 22310766957 | 95941 | 12/15/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681919 | 22303839197 | 95941 | 12/18/2023 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681785 | 38128726411 | 95941 | 12/18/2023 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681416 | 22305461299 | 95941 | 12/19/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681660 | 22203412856 | 95941 | 12/19/2023 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681957 | 22808504603 | 95941 | 12/22/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |

| DISP No. | Claim Number | Code | Determination Date | Award (excl. fees) | Prevailing Party | Non-Prevailing Party | Certified IDR Entity |
|---|---|---|---|---|---|---|---|
| DISP-681850 | 22208723365 | 95941 | 12/22/2023 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682340 | 38088712230 | 95941 | 12/22/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681335 | 38034710901 | 95941 | 12/22/2023 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682629 | 38101719917 | 95941 | 12/22/2023 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682022 | 38033713302 | 95941 | 12/22/2023 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682203 | 21891560567 | 95941 | 12/22/2023 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681662 | 22027381946 | 95941 | 12/27/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682135 | 38160712601 | 95941 | 12/27/2023 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682694 | 22807214742 | 95941 | 12/27/2023 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682348 | 22605294526 | 95941 | 12/28/2023 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682503 | 22028527159 | 95941 | 12/28/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682313 | 22306966923 | 95941 | 12/28/2023 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682498 | 22502408081 | 95941 | 12/29/2023 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682521 | 22810217786 | 95941 | 12/29/2023 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682668 | 38128717601 | 95941 | 12/29/2023 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681682 | 22028308275 | 95941 | 01/02/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681791 | 22107379580 | 95941 | 01/02/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681503 | 22109721597 | 95941 | 01/02/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681582 | 22208909292 | 95941 | 01/02/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682310 | 22505191461 | 95941 | 01/08/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681459 | 22212133091 | 95941 | 01/09/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681378 | 22611709924 | 95941 | 01/09/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682495 | 38101719919 | 95941 | 01/10/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681816 | 22603333494 | 95941 | 02/02/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681743 | 22801610322 | 95941 | 02/02/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681476 | 22101201819 | 95941 | 03/05/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681669 | 22303056313 | 95941 | 03/05/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-681705 | 38032710602 | 95941 | 03/05/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682391 | 22505377460 | 95941 | 02/06/2026 | $3,608.00 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-706083 | 21583728982 | 95941 | 01/10/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-747950 | 22032712525 | 95941 | 04/02/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Provider Resources, Inc. |
| DISP-774562 | 38150712803 | 95941 | 03/05/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-775229 | 22031505417 | 95941 | 03/18/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-775609 | 22415107691 | 95941 | 03/26/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-775652 | 22033404348 | 95941 | 10/21/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-812781 | 22505286167 | 95941 | 03/29/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-812576 | 22029910302 | 95941 | 03/29/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-812013 | 22611401391 | 95941 | 04/18/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-812588 | 22609038699 | 95941 | 06/05/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-812002 | 22417833673 | 95941 | 06/05/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-811625 | 22114090108 | 95941 | 10/21/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-811894 | 22315707032 | 95941 | 10/22/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-812103 | 22028214262 | 95941 | 12/29/2025 | $3,608.00 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-868782 | 38184715401 | 95941 | 03/26/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-868782 | 38233718801 | 95941 | 03/26/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-869586 | 22112043482 | 95941 | 04/01/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-868772 | 22504872556 | 95941 | 04/08/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-869199 | 22604091521 | 95941 | 04/09/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-869307 | 38166725901 | 95941 | 04/30/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-869097 | 22117025200 | 95941 | 05/01/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-868828 | 21390045139 | 95941 | 06/06/2024 | $14,888.97 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-870191 | 22029410408 | 95941 | 06/23/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-870334 | 22307382464 | 95941 | 06/26/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-869438 | 22416238560 | 95941 | 06/30/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Provider Resources, Inc. |
| DISP-869438 | 22035113481 | 95941 | 06/30/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Provider Resources, Inc. |
| DISP-869438 | 22036047971 | 95941 | 06/30/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Provider Resources, Inc. |
| DISP-869438 | 22417309336 | 95941 | 06/30/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Provider Resources, Inc. |
| DISP-869438 | 22317433359 | 95941 | 06/30/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Provider Resources, Inc. |
| DISP-869362 | 22201519512 | 95941 | 02/18/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-869205 | 22030489490 | 95941 | 01/02/2026 | $1,804.00 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-910292 | 22603333456 | 95941 | 03/29/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-910401 | 38178711403 | 95941 | 04/08/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-910189 | 22711382304 | 95941 | 05/07/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-937282 | 22417833447 | 95941 | 11/20/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-937282 | 22419082122 | 95941 | 11/20/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-982695 | 38262715401 | 95941 | 04/02/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Maximus Federal Services, Inc. |
| DISP-982406 | 22616429134 | 95941 | 04/22/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-982321 | 22617995234 | 95941 | 05/23/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |

| DISP No. | Claim Number | Code | Determination Date | Award (excl. fees) | Prevailing Party | Non-Prevailing Party | Certified IDR Entity |
|---|---|---|---|---|---|---|---|
| DISP-982691 | 22220281682 | 95941 | 05/28/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1036826 | 22219138602 | 95941 | 04/26/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-1036826 | 22038446730 | 95941 | 04/26/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-1036875 | 22114760589 | 95941 | 07/17/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1080216 | 22033638141 | 95941 | 05/30/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-1079743 | 22214768422 | 95941 | 07/16/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Maximus Federal Services, Inc. |
| DISP-1079917 | 22518408103 | 95941 | 08/20/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-1080157 | 22113218701 | 95941 | 09/26/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-1080157 | 22817005817 | 95941 | 09/26/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-1079524 | 22408405031 | 95941 | 09/27/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-1148228 | 22816266384 | 95941 | 04/25/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1147951 | 38222712601 | 95941 | 05/31/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | Maximus Federal Services, Inc. |
| DISP-1148744 | 22218621232 | 95941 | 07/15/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1148832 | 22121712093 | 95941 | 09/20/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-1148824 | 22816097221 | 95941 | 12/17/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1148824 | 22118534836 | 95941 | 12/17/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1206499 | 22407206549 | 95941 | 05/25/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | Maximus Federal Services, Inc. |
| DISP-1206065 | 22625899957 | 95941 | 06/04/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1206353 | 22036412182 | 95941 | 06/04/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1206063 | 22213920891 | 95941 | 06/04/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1206198 | 22522079755 | 95941 | 07/12/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1206418 | 22424803065 | 95941 | 09/23/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-1206027 | 22425818132 | 95941 | 09/23/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | MCMC Services, LLC |
| DISP-1290447 | 22519311140 | 95941 | 06/04/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-1290447 | 22827244855 | 95941 | 06/04/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-1290542 | 22041202558 | 95941 | 06/21/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1290336 | 22704875520 | 95941 | 06/30/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1290306 | 22504261697 | 95941 | 09/30/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1290580 | 22219972663 | 95941 | 12/16/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1290580 | 22421381291 | 95941 | 12/16/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1290653 | 22614742379 | 95941 | 02/10/2025 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | Maximus Federal Services, Inc. |
| DISP-1317379 | 38128726407 | 95941 | 07/31/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1318304 | 22509518688 | 95941 | 08/30/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1317311 | 22037837469 | 95941 | 01/09/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-1317820 | 22621198629 | 95941 | 01/10/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Network Medical Review Company, Ltd. |
| DISP-1317383 | 22324658724 | 95941 | 8/30/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1332155 | 22603749538 | 95941 | 01/31/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1373595 | 22323384717 | 95941 | 06/17/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1373885 | 22229400937 | 95941 | 06/19/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | Federal Hearings and Appeals Services, Inc. |
| DISP-1373188 | 22221195441 | 95941 | 08/10/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1373122 | 22805917047 | 95941 | 08/10/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1373878 | 38087719116 | 95941 | 08/30/2024 | $9,925.98 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1373045 | 22128813733 | 95941 | 08/30/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1373676 | 22040534484 | 95941 | 09/04/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1373172 | 22623619087 | 95941 | 01/07/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1373172 | 22623816858 | 95941 | 01/07/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1373131 | 22427412234 | 95941 | 01/07/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1373131 | 22128163774 | 95941 | 01/07/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1404863 | 22116131722 | 95941 | 07/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1404773 | 22831310431 | 95941 | 07/28/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1404816 | 22219555541 | 95941 | 07/28/2024 | $13,234.64 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1405140 | 22219157587 | 95941 | 07/28/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1405094 | 22719844314 | 95941 | 08/27/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1470972 | 22531113757 | 95941 | 08/20/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1471172 | 22730854459 | 95941 | 11/27/2024 | $9,925.98 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1470378 | 22830891766 | 95941 | 12/14/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1470378 | 22630909461 | 95941 | 12/14/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1470378 | 22431531392 | 95941 | 12/14/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1470378 | 22631412251 | 95941 | 12/14/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1470378 | 22131285817 | 95941 | 12/14/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1519317 | 22427704532 | 95941 | 08/08/2024 | $16,543.30 | Remote Neuromonitoring Physicians PC | Highmark | EdiPhy Advisors, L.L.C. |
| DISP-1519075 | 22628431706 | 95941 | 09/17/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1525014 | 22405469231 | 95941 | 10/27/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1530622 | 21295555938 | 95941 | 03/17/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1568662 | 22834235513 | 95941 | 09/17/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568829 | 22726446865 | 95941 | 09/17/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568911 | 22434170601 | 95941 | 09/17/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568585 | 22533557861 | 95941 | 11/09/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |

| DISP No. | Claim Number | Code | Determination Date | Award (excl. fees) | Prevailing Party | Non-Prevailing Party | Certified IDR Entity |
|---|---|---|---|---|---|---|---|
| DISP-1567868 | 22049715309 | 95941 | 12/04/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1567868 | 22531842083 | 95941 | 12/04/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568650 | 22229355810 | 95941 | 12/29/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1567726 | 22232976146 | 95941 | 12/29/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568608 | 22715432767 | 95941 | 01/15/2025 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568608 | 22715778739 | 95941 | 01/15/2025 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568550 | 22228666522 | 95941 | 02/17/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568550 | 22530359668 | 95941 | 02/17/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568550 | 22733460563 | 95941 | 02/17/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568550 | 22131379201 | 95941 | 02/17/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568550 | 22532872887 | 95941 | 02/17/2025 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568582 | 22432958022 | 95941 | 04/07/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1568582 | 22132998532 | 95941 | 04/07/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1587823 | 21792932350 | 95941 | 01/17/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1587822 | 21492631712 | 95941 | 04/15/2025 | $7,100.00 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1587821 | 21592396311 | 95941 | 08/11/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Island Peer Review Organization |
| DISP-1607934 | 22633731894 | 95941 | 05/20/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1607934 | 22235063611 | 95941 | 05/20/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-1682787 | 39136710403 | 95941 | 10/10/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1682594 | 39135717701 | 95941 | 10/10/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1683558 | 22624701445 | 95941 | 10/21/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1684164 | 22735262759 | 95941 | 12/18/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1684164 | 22535022364 | 95941 | 12/18/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1684164 | 22234943851 | 95941 | 12/18/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1682955 | 22619229304 | 95941 | 01/02/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1724280 | 22526677765 | 95941 | 09/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724280 | 22536328276 | 95941 | 09/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724280 | 22429074584 | 95941 | 09/19/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724280 | 22429222109 | 95941 | 09/19/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724280 | 22830988119 | 95941 | 09/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724332 | 22617718636 | 95941 | 09/19/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724332 | 22517832303 | 95941 | 09/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724332 | 22619229303 | 95941 | 09/19/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724332 | 22720122891 | 95941 | 09/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724332 | 22236247634 | 95941 | 09/19/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724757 | 22234943852 | 95941 | 09/19/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724757 | 22135686549 | 95941 | 09/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724757 | 22836251437 | 95941 | 09/19/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724757 | 22636273471 | 95941 | 09/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724497 | 22736355580 | 95941 | 09/30/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724497 | 22124591639 | 95941 | 09/30/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1724067 | 22633643901 | 95941 | 10/15/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1724067 | 22334521603 | 95941 | 10/15/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1724067 | 22335064669 | 95941 | 10/15/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1724067 | 22053975873 | 95941 | 10/15/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1724067 | 22535902618 | 95941 | 10/15/2024 | $16,543.30 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1785296 | 22617631826 | 95941 | 10/21/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1785296 | 22718505606 | 95941 | 10/21/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1784241 | 22636424519 | 95941 | 10/23/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1783847 | 22328659951 | 95941 | 10/24/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1784784 | 22836786384 | 95941 | 10/26/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1785178 | 22041425223 | 95941 | 10/27/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1784949 | 22336245500 | 95941 | 11/10/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1783665 | 22224152493 | 95941 | 11/12/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1786201 | 39156710001 | 95941 | 11/15/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1786386 | 22708738946 | 95941 | 11/20/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1786092 | 38292710902 | 95941 | 11/21/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1783141 | 22136286272 | 95941 | 11/26/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1786183 | 22514702600 | 95941 | 11/27/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1785378 | 22631005578 | 95941 | 11/27/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1785710 | 22236247636 | 95941 | 11/30/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1786417 | 22427942352 | 95941 | 12/02/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1786417 | 22328147611 | 95941 | 12/02/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1786417 | 22055299884 | 95941 | 12/02/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1786417 | 22830420815 | 95941 | 12/02/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1785156 | 22436327077 | 95941 | 12/10/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1784730 | 22636429638 | 95941 | 12/26/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1784764 | 22631702145 | 95941 | 12/26/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |

| DISP No. | Claim Number | Code | Determination Date | Award (excl. fees) | Prevailing Party | Non-Prevailing Party | Certified IDR Entity |
|---|---|---|---|---|---|---|---|
| DISP-1786267 | 22736204366 | 95941 | 12/31/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1785933 | 22636273472 | 95941 | 01/07/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1859482 | 22737659989 | 95941 | 11/16/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1859688 | 22836401030 | 95941 | 11/17/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1858799 | 22627766245 | 95941 | 11/20/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1859898 | 22426894741 | 95941 | 11/22/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1858730 | 22221101919 | 95941 | 11/30/2024 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1858016 | 22437034729 | 95941 | 12/11/2024 | $13,234.64 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1858882 | 22321400638 | 95941 | 12/11/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1860256 | 22227785355 | 95941 | 12/11/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1859040 | 22428121991 | 95941 | 12/11/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1859497 | 22338970993 | 95941 | 01/23/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1857416 | 22435021661 | 95941 | 01/28/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1858778 | 22137497927 | 95941 | 01/29/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1858778 | 22638546062 | 95941 | 01/29/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1858750 | 22639109957 | 95941 | 11/28/2024 | $9,925.98 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1923356 | 22323384699 | 95941 | 11/21/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1923389 | 22238354303 | 95941 | 11/25/2024 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1923092 | 22622041728 | 95941 | 11/26/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1922246 | 22539566258 | 95941 | 11/26/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1923915 | 22440116734 | 95941 | 11/27/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1923084 | 22140180519 | 95941 | 11/27/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1922454 | 22138965248 | 95941 | 11/27/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1922298 | 22419399022 | 95941 | 11/27/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1923849 | 22840113791 | 95941 | 11/27/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1923024 | 22428733179 | 95941 | 12/28/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1922903 | 22736105909 | 95941 | 10/31/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1978772 | 22737751811 | 95941 | 11/22/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1978932 | 22053975872 | 95941 | 11/23/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1979206 | 22140962859 | 95941 | 11/26/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1977128 | 22209642074 | 95941 | 12/10/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1977574 | 22541393216 | 95941 | 12/13/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1979992 | 22440116736 | 95941 | 12/13/2024 | $11,580.31 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1979992 | 22540124141 | 95941 | 12/13/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1977715 | 22340026692 | 95941 | 12/17/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1978214 | 22440337725 | 95941 | 12/19/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1978238 | 22820048405 | 95941 | 12/19/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1977753 | 22141355905 | 95941 | 12/19/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1977442 | 22339767063 | 95941 | 12/20/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-1978969 | 22538212967 | 95941 | 01/03/2025 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1978324 | 22117040464 | 95941 | 01/13/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2061731 | 22441023290 | 95941 | 12/22/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2062180 | 22440908497 | 95941 | 12/22/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2060957 | 22060289950 | 95941 | 12/26/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2060957 | 22741596498 | 95941 | 12/26/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2061097 | 22841166269 | 95941 | 12/27/2024 | $11,580.31 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061925 | 22512753054 | 95941 | 12/27/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061314 | 22539769405 | 95941 | 12/27/2024 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2062261 | 22341800344 | 95941 | 12/27/2024 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2062281 | 38293710204 | 95941 | 12/27/2024 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2062336 | 22540048251 | 95941 | 01/03/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061601 | 22741506233 | 95941 | 01/07/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061187 | 22130879552 | 95941 | 01/10/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2061044 | 22240247390 | 95941 | 01/13/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2060874 | 22139732604 | 95941 | 01/13/2025 | $9,925.98 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2061190 | 22340901130 | 95941 | 01/15/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061190 | 22741252474 | 95941 | 01/15/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2060877 | 22740792396 | 95941 | 01/16/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061629 | 22339857135 | 95941 | 02/06/2025 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061629 | 22840836811 | 95941 | 02/06/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061629 | 22640863467 | 95941 | 02/06/2025 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061629 | 22541392245 | 95941 | 02/06/2025 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061629 | 22141527137 | 95941 | 02/06/2025 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2062355 | 22736204397 | 95941 | 02/25/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061643 | 22536328277 | 95941 | 03/31/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2129909 | 22641669268 | 95941 | 01/16/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129909 | 22642662145 | 95941 | 01/16/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129708 | 22441051135 | 95941 | 01/16/2025 | $11,580.31 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |

| DISP No. | Claim Number | Code | Determination Date | Award (excl. fees) | Prevailing Party | Non-Prevailing Party | Certified IDR Entity |
|---|---|---|---|---|---|---|---|
| DISP-2130014 | 22442439049 | 95941 | 01/16/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129935 | 22059816792 | 95941 | 01/16/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129440 | 22130973976 | 95941 | 01/16/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131194 | 22540758392 | 95941 | 01/16/2025 | $11,580.31 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129934 | 22241599873 | 95941 | 01/16/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131229 | 22740950093 | 95941 | 01/16/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2130903 | 22739987226 | 95941 | 01/16/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2130903 | 22341291266 | 95941 | 01/16/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2130903 | 22241599872 | 95941 | 01/16/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2130903 | 22841980972 | 95941 | 01/16/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129890 | 22058599525 | 95941 | 01/16/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129195 | 22060991779 | 95941 | 01/17/2025 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131287 | 22741252475 | 95941 | 01/17/2025 | $9,925.98 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131922 | 22842161918 | 95941 | 01/17/2025 | $13,234.64 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129242 | 22441384394 | 95941 | 01/17/2025 | $6,617.32 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131245 | 22741034393 | 95941 | 01/17/2025 | $4,962.99 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131447 | 22340659840 | 95941 | 01/17/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131435 | 22841470642 | 95941 | 01/17/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2131653 | 22438122050 | 95941 | 01/17/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129234 | 22741932797 | 95941 | 01/17/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129936 | 22622260922 | 95941 | 01/17/2025 | $8,271.65 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129288 | 22720758830 | 95941 | 01/17/2025 | $3,308.66 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2130557 | 22325087052 | 95941 | 01/20/2025 | $13,234.64 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129475 | 22641496061 | 95941 | 01/27/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129329 | 22641021136 | 95941 | 01/27/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2130518 | 22242622560 | 95941 | 01/27/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2129450 | 22826169690 | 95941 | 01/28/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | ProPeer Resources, LLC |
| DISP-2388833 | 22843395506 | 95941 | 02/25/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | Federal Hearings and Appeals Services, Inc. |
| DISP-2522512 | 22131572131 | 95941 | 03/29/2025 | $1,654.33 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-682210 | 22701293626 | 95941 | 12/23/2025 | $1,804.00 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-1470949 | 22631608829 | G0453 | 09/10/2024 | $1,626.08 | Remote Neuromonitoring Physicians PC | Highmark | IMPROve Health |
| DISP-2061944 | 22641404512 | G0453 | 02/12/2025 | $813.04 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061944 | 22341463601 | G0453 | 02/12/2025 | $1,219.56 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2061944 | 22241796109 | G0453 | 02/12/2025 | $406.52 | Remote Neuromonitoring Physicians PC | Highmark | C2C Innovative Solutions, Inc. |
| DISP-2389573 | 22344839209 | G0453 | 02/25/2025 | $813.04 | Remote Neuromonitoring Physicians PC | Highmark | Federal Hearings and Appeals Services, Inc. |
| DISP-2388894 | 22145132412 | G0453 | 02/25/2025 | $1,626.08 | Remote Neuromonitoring Physicians PC | Highmark | Federal Hearings and Appeals Services, Inc. |
| DISP-2573747 | 22647256154 | G0453 | 03/13/2025 | $1,626.08 | Remote Neuromonitoring Physicians PC | Highmark | Federal Hearings and Appeals Services, Inc. |

**Total:**      **$1,388,723.31**